

USAO 2018R00052\MD

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 OCT 16 PM 3:43

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. ELH-18-493 |
| v. | |
| RODNEY BLUE,<br>TYREK BUTLER,<br>DUANE DAY,<br>DAKWAN GRAY,<br>JUAN HILL,<br>DIAMONTE JACKSON,<br>DAVON JOHNSON,<br>ALLEN JONES,<br>　a.k.a. "WAX,"<br>WILLIAM STEWART,<br>　a.k.a. "PIMP,"<br>ANTHONY WASHINGTON,<br>ANDRE WEBB,<br>　a.k.a. "GEETCHI,"<br><br>　　Defendants. | (Conspiracy to Distribute Controlled Substances, 21 U.S.C. § 846; Conspiracy to Possess Firearms in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(o); Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. § 922(k); Possession of a Firearm in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c); Possession of a Firearm and Ammunition by a Previously Convicted Person, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841; Aiding and Abetting, 18 U.S.C. § 2; and Forfeiture) |

## SUPERSEDING INDICTMENT

### COUNT ONE
**Conspiracy to Distribute Controlled Substances**

The Grand Jury for the District of Maryland charges that:

From a time unknown to the Grand Jury, but no later than December 2017 through the filing of the Superseding Indictment, in the District of Maryland, and elsewhere, the defendants:

**RODNEY BLUE,
TYREK BUTLER,
DUANE DAY,
DAKWAN GRAY,
JUAN HILL,
DIAMONTE JACKSON,**

1

**DAVON JOHNSON,**
**ALLEN JONES,**
**a.k.a. "WAX,"**
**WILLIAM STEWART,**
**a.k.a. "PIMP,"**
**ANTHONY WASHINGTON, and**
**ANDRE WEBB,**
**a.k.a. "GEETCHI,"**

did knowingly combine, conspire, confederate, and agree with each other, and with persons known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

## COUNT TWO
### Conspiracy to Possess a Firearm in Furtherance of a Drug Trafficking Crime

The Grand Jury for the District of Maryland further charges that:

From a time unknown to the Grand Jury, but no later than December 2017 through the filing of the Superseding Indictment, in the District of Maryland, and elsewhere, the defendants:

**TYREK BUTLER,
DUANE DAY,
ALLEN JONES,
a.k.a. "WAX,"
ANDRE WEBB, and
a.k.a. "GEETCHI,"**

did knowingly combine, conspire, confederate, and agree with persons, known and unknown to the Grand Jury, to knowingly, intentionally, and unlawfully possess a firearm in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: Conspiracy to Distribute Controlled Substances, as set forth in Count One of this Superseding Indictment, which is incorporated by reference.

18 U.S.C. § 924(o)

## COUNT THREE
### Possession of a Firearm with an Obliterated Serial Number

The Grand Jury for the District of Maryland further charges that:

On or about June 4, 2018, in the District of Maryland, the defendant,

**ALLEN JONES,**
a.k.a. "WAX,"

knowingly possessed and received a firearm, which has had the importer's or manufacturer's serial number removed, obliterated, and altered, and has, at any time, been shipped or transported in interstate commerce, to wit: one Taurus PT III 9mm pistol with an obliterated and altered serial number.

18 U.S.C. § 922(k)

## COUNT FOUR
**Possession of a Firearm in Relation to a Drug Trafficking Crime**

The Grand Jury for the District of Maryland further charges that:

On or about July 3, 2018, in the District of Maryland, the defendant,

### DUANE DAY,

did knowingly possess a firearm in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in Count One of this Superseding Indictment, Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT FIVE
**Possession of a Firearm and Ammunition by a Previously Convicted Person**

The Grand Jury for the District of Maryland further charges that:

On or about July 3, 2018, in the District of Maryland, the defendant,

### DUANE DAY,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, one Ruger Vaquero revolver bearing serial number 55-96718, one Ruger Prescott pistol bearing serial number 27169110, and ammunition, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT SIX
**Possession of a Firearm in Relation to a Drug Trafficking Crime**

The Grand Jury for the District of Maryland further charges that:

On or about July 16, 2018, in the District of Maryland, the defendant,

### TYREK BUTLER,

did knowingly possess a firearm in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in Count One of this Superseding Indictment, Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT SEVEN
**Possession of a Firearm and Ammunition by a Previously Convicted Person**

The Grand Jury for the District of Maryland further charges that:

On or about July 16, 2018, in the District of Maryland, the defendant,

### TYREK BUTLER,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, one Phoenix Arms HP22A pistol bearing an obliterated serial number, and ammunition, in and affecting commerce.

18 U.S.C. § 922(g)(1)

8

## COUNT EIGHT
**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury for the District of Maryland further charges that:

On or about June 18, 2018, in the District of Maryland, the defendants,

**RODNEY BLUE, and
JUAN HILL,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT NINE
**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury for the District of Maryland further charges that:

On or about June 19, 2018, in the District of Maryland, the defendants,

**DAKWAN GRAY, and
ANTHONY WASHINGTON,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

10

## COUNT TEN
**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury for the District of Maryland further charges that:

On or about June 21, 2018, in the District of Maryland, the defendants,

**RODNEY BLUE, and
JUAN HILL,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT ELEVEN
**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury for the District of Maryland further charges that:

On or about September 20, 2018, in the District of Maryland, the defendants,

**DIAMONTE JACKSON,
DAVON JOHNSON, and
ANDRE WEBB
a.k.a. "GEETCHI,"**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

12

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendants:

> **RODNEY BLUE,**
> **TYREK BUTLER,**
> **DUANE DAY,**
> **DAKWAN GRAY,**
> **JUAN HILL,**
> **DIAMONTE JACKSON,**
> **DAVON JOHNSON,**
> **ALLEN JONES,**
> **a.k.a. "WAX,"**
> **WILLIAM STEWART,**
> **a.k.a. "PIMP,"**
> **ANTHONY WASHINGTON, and**
> **ANDRE WEBB,**
> **a.k.a. "GEETCHI,"**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

2. If any of the property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

13

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

21 U.S.C. § 853
28 U.S.C. § 2461(c)

_____
ROBERT K. HUR
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Dated: 10-16-18, 2018