IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL NO. ELH-18-493 |
| v. | |
| RODNEY BLUE, <br> TYREK BUTLER, <br> DUANE DAY, <br> DAKWAN GRAY, <br> JUAN HILL, <br> DIAMONTE JACKSON, <br> DAVON JOHNSON, <br> ALLEN JONES, <br>    a.k.a. "WAX," <br> WILLIAM STEWART, <br>    a.k.a. "PIMP," <br> ANTHONY WASHINGTON, <br> ANDRE WEBB, <br>    a.k.a. "GEETCHI," | |
| **Defendants.** | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 OCT 16 PM 3:42

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

## MOTION TO SEAL SUPERSEDING INDICTMENT

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Matthew DellaBetta, Assistant United States Attorney for said District, moves this Honorable Court to order and direct that the Superseding Indictment and this Motion be **SEALED,** until all of the defendants have been arrested.

Respectfully Submitted,

Robert K. Hur
United States Attorney

_____
Matthew DellaBetta
Assistant United States Attorney

1