## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. ELH-18-493 |
| v. | |
| RODNEY BLUE,<br>TYREK BUTLER,<br>DUANE DAY,<br>DAKWAN GRAY,<br>JUAN HILL,<br>DIAMONTE JACKSON,<br>DAVON JOHNSON,<br>ALLEN JONES,<br>   a.k.a. "WAX,"<br>WILLIAM STEWART,<br>   a.k.a. "PIMP,"<br>ANTHONY WASHINGTON,<br>ANDRE WEBB,<br>   a.k.a. "GEETCHI," | _____FILED _____ENTERED<br>_____LODGED _____RECEIVED<br><br>OCT 1 6 2018<br><br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY_____DEPUTY |
| Defendants. | |

### O R D E R TO SEAL SUPERSEDING INDICTMENT

It is this \_\_16th\_\_ day of October, 2018 hereby

ORDERED, that the Superseding Indictment and Motion be **SEALED**.

_____
Hon. Stephanie A. Gallagher
United States Magistrate Judge

2