IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY BLUE,<br>TYREK BUTLER,<br>DUANE DAY,<br>DAKWAN GRAY,<br>JUAN HILL,<br>DIAMONTE JACKSON,<br>DAVON JOHNSON,<br>ALLEN JONES,<br>WILLIAM STEWART,<br>ANTHONY WASHINGTON,<br>ANDRE WEBB,<br>   a.k.a. "GEETCHI,"<br><br>   Defendants. | CRIMINAL NO. ELH-18-493 |

## MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States of America, by its undersigned counsel, moves this Honorable Court to order and direct that the Superseding Indictment in this matter be unsealed.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Matthew DellaBetta
Assistant United States Attorney

ORDERED as prayed, this 23 day of October 2018 that the Superseding Indictment in the above-captioned case be unsealed.

_____
The Honorable J. Mark Coulson
United States Magistrate Judge