# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO.  ELH-18-493** |
| | **:** | |
| **Diamonte Jackson, et al.** | **:** | |
| | **:** | |

...o0o...

## ENTRY OF APPEARANCE

Please enter the appearance of Christopher M. Rigali, Assistant United States Attorney for

the District of Maryland as co-counsel on behalf of the United States.

Respectfully submitted,

Robert K. Hur
United States Attorney


_____/s/_____
Christopher M. Rigali
Assistant United States Attorney