IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE, MD

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * Case No.  ELH-18-0493 |
| ANTHONY WASHINGTON | * |

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __G. Arthur Robbins, Esq.__, and the Government was represented by Assistant United States Attorney __Christopher Rigali__, it is

**ORDERED**, this __9th__ day of __November__ __2018__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
A. David Copperthite
United States Magistrate Judge