FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 NOV 30  PM 1: 19

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. ELH-18-493 |
|---|---|
| v. | |
| ANDRE WEBB, *et al.*, | |
| Defendant. | |

## ORDER

Upon consideration of the Government's Motion to Exclude Time Pursuant to the Speedy Trial Act, the Court finds as follows:

The Court hereby excludes from the computation of time under the Speedy Trial Act the period from the date of October 23, 2018 through February 1, 2019. The Court finds that, pursuant to Title 18, United States Code, Section 31619(h)(7), that the interests of justice will be served by continuing the trial date beyond the speedy trial date and that the ends of justice served by such a delay in the trial outweigh the interests of the public and the defendants in a speedy trial, in that:

A. the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

B. this case involves some complex issues and this it would be unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act;

C. the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the defendants and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

D. it would be in the interest of justice to allow additional time for the parties to pursue plea negotiations.

THEREFORE, IT IS HEREBY ORDERED that the period from October 23, 2018 through February 1, 2019, shall be excluded from the computation under the Speedy Trial Act. The Clerk of the Court shall mail a copy of this Order to all counsel of record.

_11/30/18_
Date

_Ellen L. Hollander_
The Honorable Ellen L. Hollander
United States District Judge
District of Maryland