

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Christopher M. Rigali*  *Suite 400*  DIRECT: 410-209-4831
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Christopher.Rigali@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3124

February 7, 2019

The Honorable Ellen L. Hollander
United States District Judge
District of Maryland
Edward A. Garmatz United States District Courthouse
101 W. Lombard Street
Baltimore, MD 21201

      Re: *United States v. Andre Webb et al.*, 1:18-cr-00493

Dear Judge Hollander:

      I am writing to provide the Court with a status report in the above-referenced case.

      To date, the Government has produced to defense counsel the vast majority of discovery. The Government expects to produce additional discovery in the near future. Concurrent with discovery, the parties are actively engaged in plea negotiations, which have been productive. As the Court is aware, one defendant has already pleaded guilty and is awaiting sentencing. Given the productive nature of plea negotiations thus far, and the hope that additional non-trial resolutions will be reached, the parties believe that setting a detailing scheduling order—including deadlines for motions–would be premature at this point.

      In light of this status, the parties will be filing a consent motion to continue tolling Speedy Trial Act time. The United States respectfully requests to update the Court with another status report in 90 days.

      Very truly yours,

      Robert K. Hur
      United States Attorney


      _____/s/_____
      Christopher M. Rigali
      Assistant United States Attorney