**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.  ELH-18-493** |
| **v.** | |
| **ANDRE WEBB,** *et al.*, | |
| **Defendant.** | |

## CONSENT MOTION TO EXCLUDE TIME
## PURSUANT TO THE SPEEDY TRIAL ACT

1.      The United States of America, by and through its counsel, Robert K. Hur, the United States Attorney for the District of Maryland, and Matthew DellaBetta, Assistant United States Attorney for said district, jointly with the defendants and their counsel, respectfully submits this Consent Motion to Exclude Time Pursuant to the Speedy Trial Act, and moves to exclude time from the speedy trial calculation pursuant to Title 18 U.S.C. § 3161.

2.      The Speedy Trial Act, 18 U.S.C. § 3161, requires the government to bring a criminal defendant to trial within seventy days of the defendant's indictment or initial appearance. The Act provides for various circumstances where a court may exclude time from this calculation. 18 U.S.C. § 3161(h).

3.       Periods of delay which would extend the time within which trial must commence include delay resulting from pretrial motions, including this motion, and pretrial suppression motions. 18 U.S.C. § 3161(h)(1)(D). A period granted by this Court in which to file pre-trial motions is excludable delay under the general provision of Section 3161(h)(1)(D). Although that section enumerates specific excludable proceedings, the list is not exhaustive. *See* 18 U.S.C. § 3161(h)(1) (excluding from computation "[a]ny period of delay resulting from other proceedings concerning the defendant, ***including but not limited to*** . . .") (emphasis added). Courts have interpreted this to mean

a number of different proceedings and events concerning a defendant, including "delays resulting from plea negotiations." United States v. Ford, 288 Fed. Appx. 54, 58 (4th Cir. 2008) (unpublished) (citing 18 U.S.C. § 3161(h)(1)(F)).

4.      A continuance beyond the seventy-day speedy trial date is also permissible where granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Factors which the Court must consider in making this finding are listed in Section 3161(h)(7)(B) and include whether the failure to grant the continuance would "result in a miscarriage of justice" or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B). This analysis considers a number of factors, including "whether the defendant needs reasonable time to obtain counsel" and "whether counsel needs additional time for effective preparation of the case." *See United States v. Mallory*, 461 Fed. Appx. 352, 358 (4th Cir. 2012) (unpublished).

5.      The parties respectfully submit that the above factors are applicable to this prosecution and justify a continuation of the trial date beyond the speedy trial date.  The parties are continuing to participate in discovery and engaging in fruitful plea negotiations. Due to the complexity of the case and the nature of the charges, the parties require additional time to engage in these discussions. Despite the exercise of due diligence by the parties, both the Government and the Defendants need additional time to review case materials, interview witnesses, and prepare for trial. Accordingly, the interests of justice served by the requested exclusion of time outweigh the interests of the public and the Defendants in a speedy trial.

Wherefore, the parties respectfully request that the Court enter an Order excluding time under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161, for the period from February 1, 2019 through May 7, 2019. This motion includes a proposed order for the Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____/s/_____
Matthew DellaBetta
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
Phone: (410) 209-4857

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.  ELH-18-493** |
| **v.** | |
| **ANDRE WEBB,** *et al.*, | |
| **Defendant.** | |

## ORDER

Upon consideration of the Government's Motion to Exclude Time Pursuant to the Speedy Trial Act, the Court finds as follows:

The Court hereby excludes from the computation of time under the Speedy Trial Act the period from the date of February 1, 2019 through May 7, 2019.  The Court finds that, pursuant to Title 18, United States Code, Section 31619(h)(7), that the interests of justice will be served by continuing the trial date beyond the speedy trial date and that the ends of justice served by such a delay in the trial outweigh the interests of the public and the defendants in a speedy trial, in that:

A. the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

B. this case involves some complex issues and this it would be unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act;

C. the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the defendants and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

D.  it would be in the interest of justice to allow additional time for the parties to pursue plea negotiations.

THEREFORE, IT IS HEREBY ORDERED that the period from February 1, 2019 through May 7, 2019, shall be excluded from the computation under the Speedy Trial Act. The Clerk of the Court shall mail a copy of this Order to all counsel of record.

_____
Date

_____
The Honorable Ellen L. Hollander
United States District Judge
District of Maryland