

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*   PM 3: 57

Matthew DellaBetta
Assistant United States Attorney
Matthew.DellaBetta@usdoj.gov

Suite 400          DIRECT: 410-209-4857
36 S. Charles Street,       MAIN: 410-209-4800
Baltimore, MD 21201-3119      FAX: 410-962-3124

May 6, 2019

*Approved -*
*next status*
*report due*
*by 6/7/19.*
*ELH*
*USDJ*
*5/6/19*

The Honorable Ellen L. Hollander
United States District Judge
District of Maryland
Edward A. Garmatz United States District Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re: *United States v. Andre Webb et al.*, ELH-18-493

Dear Judge Hollander:

    I am writing to provide the Court with a status report in the above-referenced case. Since the last status report, four of the eleven defendants have pleaded guilty in this case. Over the next month, the parties expect an additional number of guilty pleas in this case. The Government is also continuing to engage in fruitful plea negotiations with the attorneys for the remaining defendants.

    At this time, the parties do not believe that a motions schedule or trial schedule is necessary due to the productive nature of the plea negotiations. Accordingly, the parties are requesting to provide the Court with another status report in sixty days. The parties anticipate filing a consent motion to exclude time from the Speedy Trial Act computation to facilitate plea negotiations. If the Court has any questions, I can be reached at (410) 209-4857.

            Very truly yours,

            Robert K. Hur
            United States Attorney


                /s/
            Matthew DellaBetta
            Assistant United States Attorney